RECEIVED
FEB 04 2025
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

2:25 CV 0093
JUDGE WATSON
MAGISTRATE JUDGE DEAVERS

**CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

**Plaintiff:**
Ameena Salahuddin
6147 Olde Orchard Drive
Columbus, Ohio 43213
614-892-8797
Mssalahuddin@gmail.com

**Defendant:**
Hon. Judge Julie M. Lynch
Franklin County Court of Common Pleas
375 South High Street
Columbus, Ohio 43215

**Case No.:**
**Judge:**

**COMPLAINT**

**1. Introduction**

Plaintiff Ameena Salahuddin files this civil rights lawsuit under 42 U.S.C. § 1983 against Defendant Judge Julie M. Lynch for violations of due process, judicial bias, failure to address civil rights violations by Franklin County Sheriff's Deputies, and improper enforcement of an unlawful eviction, resulting in the deprivation of Plaintiff's constitutional rights.

**2. Jurisdiction & Venue**

This Court has jurisdiction under:

- 28 U.S.C. § 1331 (federal question jurisdiction)
- 28 U.S.C. § 1343 (civil rights violations)
  Venue is proper in the Southern District of Ohio, as the events occurred in Franklin County, Ohio.

**3. Parties**

- Plaintiff: Ameena Salahuddin, a resident of Franklin County, Ohio.
- Defendant: Judge Julie M. Lynch, a judicial officer of the Franklin County Court of Common Pleas.

## 4. Facts Supporting Claims

### 1. Improper Dismissal of Federal Land Patent Defense

- Defendant failed to adjudicate a valid federal land patent claim, which is the highest form of property title under federal law.
- The Fourteenth Amendment requires due process before depriving property rights, and Judge Lynch dismissed this defense without substantive review.

### 2. Violation of Due Process in Foreclosure and Eviction Proceedings

- Plaintiff was subject to foreclosure and eviction despite multiple violations of federal foreclosure protections, including:
    - HUD regulations (24 C.F.R. § 203.501) requiring loss mitigation before foreclosure.
    - TILA (15 U.S.C. § 1601 et seq.) and RESPA (12 U.S.C. § 2605(e)) requiring fair notice and lender responses.
    - CFPB foreclosure waiting period (12 C.F.R. § 1024.41(f)), which mandates a 120-day period before foreclosure initiation.
- Despite these legal protections, Judge Lynch enabled an unlawful foreclosure and eviction process.

### 3. Judicial Bias & Prejudgment of the Case

- Judge Lynch displayed clear bias by:
    - Ignoring federal and Ohio case law requiring full adjudication of foreclosure defenses.
    - Refusing to hear arguments related to procedural irregularities in foreclosure proceedings.
    - Ruling in favor of the lender without considering valid legal defenses.

### 4. Failure to Address Civil Rights Violations by the Franklin County Sheriff's Office

- Plaintiff filed a formal complaint with multiple federal agencies regarding racial and disability discrimination by Franklin County Sheriff's Deputies during the eviction.
- Sheriff's deputies used threats and coercion to enforce an eviction that targeted a Native American/Black single mother with two children, including a disabled child. *See Attached Exhibit A - Affidavit*
- Judge Lynch ignored evidence of racial and disability discrimination, due process violations, and the improper execution of the Writ of Possession.
- By allowing the eviction to proceed despite civil rights violations, Judge Lynch violated Plaintiff's constitutional rights under 42 U.S.C. § 1983.

**5. Unlawful Eviction of Non-Named Occupants (Including Minor & Disabled Child)**

- Plaintiff lawfully resides with her adult daughter two minor children, one of whom is disabled.
- Ohio law (R.C. 1923.01) requires all occupants to be named in eviction proceedings, yet:
    - The eviction order did not include Plaintiff's adult daughter nor the minor children.
    - Franklin County Sheriff's Office was instructed to remove Plaintiff and minor children without a separate court order.
    - This violated due process rights under the Fourteenth Amendment.

**5. Legal Claims**

COUNT 1 – Violation of Due Process Rights (Fourteenth Amendment)

- Defendant, her adult and minor children failed to provide a meaningful opportunity to be heard before depriving Plaintiff of her property.

COUNT 2 – Judicial Bias & Abuse of Discretion

- Defendant exhibited judicial bias and prejudgment, denying a fair hearing.

COUNT 3 – Failure to Address Civil Rights Violations

- Defendant failed to take judicial notice of racial discrimination, disability discrimination, and excessive force committed by Franklin County Sheriff's Deputies.

COUNT 4 – Unlawful Eviction of Non-Named Occupants

- Defendant violated R.C. 1923.01 and Ohio case law by allowing an eviction without due process.

## 6. Request for Relief

Plaintiff requests the following relief:

1. A declaratory judgment that Defendant violated Plaintiff's constitutional rights.
2. An injunction preventing enforcement of the eviction against non-named occupants.
3. Compensatory damages for emotional distress and loss of property.
4. Punitive damages against Defendant for judicial misconduct.
5. Any other relief the Court deems just and proper.

## 7. Certification & Signature

I certify under penalty of perjury that the above information is true and correct.

Date: February 4, 2025

Signature: _____

Ameena Salahuddin, Pro Se

Exhibit A

**AFFIDAVIT**

**STATE OF OHIO**
**COUNTY OF FRANKLIN**

I, Ameena C. Salahuddin, residing at 6147 Olde Orchard Drive, Columbus, Ohio 43213, being duly sworn, depose and state as follows:

**1. Personal Information**

I am over the age of eighteen and competent to testify to the matters set forth in this affidavit. The statements contained herein are based on my personal knowledge and are true to the best of my knowledge and belief.

**2. Incident Details**

On January 29, 2025, at approximately 9:00am, five to six deputies from the Franklin County Sheriff's Office, along with Bruno Carneiro and three or four other unnamed individuals arrived at my residence located at 6147 Olde Orchard Drive, Columbus, Ohio 43213, to enforce a Writ of Possession.

**3. Description of Events**

1. Upon arrival, the deputies, Bruno Carneiro and other unnamed individuals (totaling about 10 men) parked in front of my house and gathered en mass in/around my driveway.

2. As the group of ten men descended upon the property I was scared and called my elder sister (who is a Realtor) for moral support and advice.

3. She asked if I had put a notice on the door stating that the house was still occupied like I did the first time the Deputy Sheriff Dave Bryant tried to enforce the Writ of Possession on December 30, 2024. I informed her I did not but emailed Deputy Sheriff Dave Bryant the night before to inform him the house would be occupied, and no keys would be left inside the mailbox.

4. One or more deputies, including Deputy Sheriff Dave Bryant, began to bang, bang, bang on the door very loudly and insistently.

5. My sister told me to answer the door since I hadn't taped my notice to the door like I had previously.

6. I went to the door and said, "How can I help you?" A Deputy in an angry voice demanded that I open the door. Again, I asked "How can I help you?". "Open the

    door was the response!" Since I asked my sister to remain on the phone she said open the door just a crack.

7. I was scared because there were around 10 adult white males on my porch, and I was home alone inside.

8. My screen door was locked so I opened the wooden door an inch or two.

9. "Open the door demanded the men on the other side!" I said "No, I didn't feel safe." I also told them I had sent an email to Deputy Sheriff Dave Bryant the night before and informed him that I had "perfected" my appeal to the Supreme Court of Ohio and requested a Motion to Stay Enforcement in both the Supreme Court and Municipal Court."

10. I furthered informed the men that there was lawful residential lease on the property between me and my adult daughter and she was not named on the writ.

11. "Your lease isn't legal came to response. Open the door or we will bust the locks and have you removed from the property", came the response on the other side of the door.

12. I stated, "The lease is legal and if you come inside my house, I will sue each and every one of you."

13. The men began laughing , hurling insults and still demanding that I open the door.

14. I shut and locked the door out of fear of further arguing and possibly agitating the mob. I was crying and shaking all alone, fearful of my safety; but my sister remained on the phone.

15. As I peeked out of my front bay window, I could see my neighbor across the street watching the 10 men from the driver's side of her Range Rover. She did not move but sat in her car and watched. I was hoping her watchful eyes would help protect me from the threat of violence.

16. As the group descended the porch I hurriedly went to my computer and printed off the letter I sent to Deputy Sheriff Dave Bryant ( *See Exhibit A)* the previous evening and quickly taped it onto my glass screen door and immediately locked both the screen and wooden door.

17. The men came back to the porch and began to disperse about 20 minutes later.

18. Bruno Carneiro and other non-Duputies remained. I heard someone on the back patio trying to open the patio and/or back door. I stood frozen in anticipation as the loud banging sounds continued.

19. Eventually the noise began to cease and about 10 minutes later all parties departed.

20. My sister chuckled on the other line, and I asked her what was so funny? "It's funny because you are making them work for their money today!"

21. "I don't see the humor in any of this," I responded, and thanked her for remaining on the line and hung up.

22. As a result of this incident, I've experienced terrifying fear, distress, ridicule, powerlessness/victimization. I have nightmares and wakeup in tears, fearful this mob of men will return and uphold their promise.

23. I believe both the deputies and Bruno Carneiro acted outside the scope of their legal authority.

### 4. Supporting Evidence

Attached to this affidavit is the email I sent to Deputy Sheriff Dave Bryant on January 28, 2025, the night before the incident, which further support my account of the events.

### 5. Conclusion

I am submitting this affidavit to formally document the actions of the Franklin County Sheriff's Office deputies and Bruno Carneiro during the enforcement of the Writ of Possession. I request that this matter be investigated, and I reserve all rights to take further legal action if necessary.

I affirm, under penalty of perjury under the laws of the State of Ohio, that the statements made herein are true and correct to the best of my knowledge and belief.

**FURTHER AFFIANT SAYETH NAUGHT.**

**Signed and sworn before me on this** _3_ **day of** _February_ **, 20** _25_.

_[signature]_

**Ameena C Salahuddin**

Sworn to, or affirmed, and subscribed in my presence this ___3rd___ day of ___Feb___, 20_25_.

_____
Notary Public
My commission expires: 05.12.2027

**Tyquearious Fleming**
Notary Public, State of Ohio
Commission #: 2022-RE-849080
My Commission Expires 05/12/2027