## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**AMEENA SALAHUDDIN,**

          **Plaintiff,**       **:**

  **v.**

      **Case No. 2:25-cv-93**
      **Chief Judge Sarah D. Morrison**
      **Magistrate Judge Kimberly A. Jolson**

**HONORABLE JUDGE JULIE LYNCH,**       **:**

          **Defendant.**

### ORDER

This matter is before the Court on the Magistrate Judge's February 27, 2025 Report and Recommendation. (ECF No. 6.) There, the Magistrate Judge performed an initial screen of Plaintiff Ameena Salahuddin's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Complaint be dismissed for failure to assert any claim upon which relief may be granted. (*Id.*) The time for filing objections has passed, and no objections have been filed. The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 6) and **DISMISSES** the Complaint (ECF No. 5). The Court further **CERTIFIES** that any appeal of the above-captioned action would not be taken in good faith.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

**IT IS SO ORDERED.**

      /s/ Sarah D. Morrison
      **SARAH D. MORRISON, CHIEF JUDGE**
      **UNITED STATES DISTRICT COURT**