AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Ameena Salahuddin )<br>*Plaintiff* )<br>v. )<br>The Honorable Judge Julie Lynch )<br>*Defendant* ) | Civil Action No. 2:25-cv-93 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of  0.00  %, plus post judgment interest at the rate of  0.00  % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  by Order of Chief Judge Sarah D. Morrison.                                          .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Sarah D. Morrison   on a motion for _____ .

Date:   03/18/2025

*CLERK OF COURT*

s/Maria Rossi Cook
_____
*Signature of Clerk or Deputy Clerk*